COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                        NO.
2-06-072-CV

 

JULIA
EPPS                                                                        APPELLANT

 

                           V.

 

DAYBREAK COMMUNITY                                                        APPELLEE

SERVICES, INC. F/K/A TEXAS 

SUNRISE
SERVICES, INC. D/B/A DAYBREAK                                            

 

                                               ----------

             FROM THE 89TH
DISTRICT COURT OF WICHITA COUNTY

                                               ----------

                  MEMORANDUM OPINION[1] AND JUDGMENT

                                               ----------

We have considered AAppellant=s Notice Of
Withdrawal Of Appeal.@  It is the court's opinion that the motion
should be granted; therefore, we dismiss the appeal.  See TEX. R. APP. P.
42.1(a)(1), 43.2(f).  

Appellant shall pay all costs of this appeal, for which let execution
issue.  See Tex. R. App. P. 42.1(d).

PER
CURIAM       

 

PANEL D:  CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

 

DELIVERED: April 6, 2006











[1]See Tex. R. App. P. 47.4.